**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**

In Re:
Jason Joseph Ditusa                                              Case # 07-10064-RGM

REPORT OF DEPOSIT OF UNCLAIMED FUNDS

---

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the trustee herein submits a check, or checks, payable to the "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of the Court into the Treasury of the United States.  Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law.  Unclaimed funds represent the dividend(s) due and payable to the entity identified as the original payee on the face of the enclosed check(s).

PAYEE                                                              AMOUNT

JASON JOSEPH DITUSA                                 $530.00
13256 Revillo Loop
Woodbridge, VA  22191


Dated:          April 30, 2012               __/s/Thomas P. Gorman_____
                                              Thomas P. Gorman
                                              300 North Washington Street, Ste. 400
                                              Alexandria, VA 22314
                                              (703) 836-2226
                                              VSB#26421